IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINCOLN HERBERT** | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| **ROBERT J. REINSTEIN, Dean of the** | : | No. 02-2671 |
| **Beasley School of Law and Vice President** | : | |
| **of Temple University;** | : | |
| **WILLIAM T. BERGMAN, Chief of** | : | |
| **Temple University Campus Police;** | : | |
| **THE BEASLEY SCHOOL OF LAW; and** | : | |
| **TEMPLE UNIVERSITY** | : | |

## ORDER

AND NOW, this    day of January, 2003, under consideration of Plaintiff's Notice of Withdrawal Of The Pennsylvania State Law Claims From This Action (Docket No. 7), it is ORDERED that Counts I, III, V, VII, IX, XI, XIII, XV, XVII, XIX, XXI, and XXIII of Plaintiff's Complaint are dismissed without prejudice.

AND IT IS SO ORDERED.

R. Barclay Surrick, Judge