IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINCOLN HERBERT,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. REINSTEIN, WILLIAM T.<br>BERGMAN, THE BEASLEY SCHOOL OF<br>LAW AND TEMPLE UNIVERSITY,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO. 02-2671<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Defendants, Robert J. Reinstein, Dean of the James E. Beasley School of Law and a Vice President of Temple University; William T. Bergman, a Vice President of Temple University; the James E. Beasley School of Law; and Temple University - Of The Commonwealth System of Higher Education, in this matter.

Respectfully submitted,

Dated: November 14, 2005

_____
John B. Langel
Lucretia C. Clemons
Identification Nos.: 20714 and 83988
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

Attorneys for Defendants
Robert J. Reinstein, William T. Bergman, The Beasley
School Of Law and Temple University

DMEAST #9328049 v1

## CERTIFICATE OF SERVICE

I, Lucretia C. Clemons, hereby certify that on this date I served a copy of the foregoing Entry of Appearance via first-class mail, postage prepaid, upon the following:

Lincoln Herbert
83 South Lansdowne Avenue
No. C-7
Lansdowne, PA 19050

Dated: November 14, 2005

Lucretia C. Clemons